UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TORO,

              Plaintiff,

-against-

THE TAYLOR COMPANY, INC.,

              Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/2/23

23-cv-05129 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby **ORDERED** that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within **thirty days.**

**SO ORDERED.**

Dated:    October 2, 2023
             New York, New York

                                            **ANDREW L. CARTER, JR.**
                                            **United States District Judge**